**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

*Attorneys for Plaintiffs*,
SOHEIL HEJAZI SHOAR and FARZANEH MOHAMMADI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOHEIL HEJAZI SHOAR**, individually and as co-successor in interest to Decedent **VAHID HEJAZI SHOAR**, and **FARZANEH MOHAMMADI**, individually and co-successor in interest to Decedent **VAHID HEJAZI SHOAR**,<br><br>                Plaintiffs,<br><br>        vs.<br><br>**COUNTY OF SANTA CLARA**, a municipal corporation, **EUREKA C. DAYE**, PhD., MPH, MA, CCHP, Director, County of Santa Clara Custody Health Services, individually, Santa Clara County Sheriff **LAURIE SMITH**, individually, **JOSE MATHEWS**, MD, individually, **JESSICA SPARKS**, LMFT, individually, and, DOES 1-50, Jointly and Severally,<br><br>                Defendants. | Case No. 3:22-cv-00799-WHA<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br>**(Civil L.R. 7-11; Fed. R. Civ. P. 4(m))** |

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request an extension from the Court of 30-days within which to serve the summons and complaint, and, relatedly, request that

*Shoar, et al. v. County of Santa Clara, et al.*
Motion for Administrative Relief to Extend Time for Service of Summons and Complaint and Continue Initial Case Management Conference
Case No. 3:22-cv-00799-WHA
1

the initial case management conference, presently set for 5/26/2022, at 11:00 a.m., ECF No. 10, be correspondingly continued to July 21, 2022, at 11:00 a.m.[1]

At the present time, under Federal Rule of Civil Procedure 4(m), service must be effected by Monday, May 9, 2022 (the next business day after Sunday, May 8, 2022). The undersigned counsel for Plaintiffs is respectfully requesting an additional 30-days, until June 8, 2022, for service upon Defendants, for the following reasons: in order to allow additional time to seek to obtain acceptance of service by authorized representatives on behalf of individual Defendants Eureka C. Daye, the Director of the County of Santa Clara Custody Health Services, but for whom a specific office address has not yet been located (and who is listed according to some online information as being based out of Sacramento, California), Laurie Smith, the Santa Clara County Sheriff, Jose Mathews, MD, a doctor that appears to be employed part-time at the Santa Clara Valley Medical Center, in San Jose, but also appears to be affiliated with a medical group – Adventist Health, in St. Helena, California, and Jessica Sparks, LMFT, for whom a specific employment address has not been located. Allowing for the requested, additional time to obtain authority for acceptance of service by an authorized representative would extend professional courtesy to these individual Defendants by likely obviating the need to dispatch a process server to serve these individuals wherever they can be located, which could avoid embarrassment and conserve resources and time. If authorization ultimately is not granted or otherwise obtained, then these Defendants will be served either way by the requested deadline.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request an extension of 30-days within which to serve the summons and complaint, from May 9, 2022, until June 8, 2022, and, relatedly,

---

[1] This date was selected based on the information on the Court's web page, indicating that the Court holds its Case Management Conferences on the 2nd and 4th Thursdays of each month, at 11:00 a.m.

*Shoar, et al. v. County of Santa Clara, et al.*
Motion for Administrative Relief to Extend Time for Service of Summons and Complaint and Continue Initial Case Management Conference
Case No. 3:22-cv-00799-WHA
2

request that the initial case management conference, presently set for 5/26/2022, at 11:00 a.m., be correspondingly continued to July 21, 2022, at 11:00 a.m.

Dated: May 4, 2022                    Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs,
SOHEIL HEJAZI SHOAR
and FARZANEH MOHAMMADI

*Shoar, et al. v. County of Santa Clara, et al.*
Motion for Administrative Relief to Extend Time for Service of Summons and Complaint and Continue Initial Case Management Conference
Case No. 3:22-cv-00799-WHA

3