| | |
|---|---|
| 1 | **Sanjay S. Schmidt (SBN 247475)** |
| | **LAW OFFICE OF SANJAY S. SCHMIDT** |
| 2 | 1388 Sutter Street, Suite 810 |
| 3 | San Francisco, CA 94109 |
| | T: (415) 563-8583 |
| 4 | F: (415) 223-9717 |
| | ss@sanjayschmidtlaw.com |
| 5 | |
| 6 | *Attorneys for Plaintiffs*, |
| | SOHEIL HEJAZI SHOAR and FARZANEH MOHAMMADI |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**SOHEIL HEJAZI SHOAR**, individually and as co-successor in interest to Decedent **VAHID HEJAZI SHOAR**, and **FARZANEH MOHAMMADI**, individually and co-successor in interest to Decedent **VAHID HEJAZI SHOAR**,

    Plaintiffs,

vs.

**COUNTY OF SANTA CLARA**, a municipal corporation, **EUREKA C. DAYE**, PhD., MPH, MA, CCHP, Director, County of Santa Clara Custody Health Services, individually, Santa Clara County Sheriff **LAURIE SMITH**, individually, **JOSE MATHEWS**, MD, individually, **JESSICA SPARKS**, LMFT, individually, and, DOES 1-50, Jointly and Severally,

    Defendants.

Case No. 3:22-cv-00799-WHA

[~~PROPOSED~~] **ORDER, GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
(Civil L.R. 7-11; Fed. R. Civ. P. 4(m))

Having considered Plaintiffs' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, and good cause appearing therefor, Plaintiffs are granted an extension of 30-days within which to serve the summons and complaint, from May 9, 2022, until

---

*Shoar, et al. v. County of Santa Clara, et al.*
[~~Proposed~~] Order, Granting Motion for Administrative Relief to Extend Time for Service of Summons and Complaint and Continue Initial Case Management Conference
Case No. 3:22-cv-00799-WHA

1

June 8, 2022, and the initial case management conference, presently set for 5/26/2022, at 11:00
a.m., is hereby continued to ~~July 21, 2022~~ July 28, 2022, at 11:00 a.m. The Joint Case Management Statement is
due by ~~July 14, 2022~~ July 21, 2022.

**IT IS SO ORDERED**.

Dated: May 4, 2022

_____
WILLIAM ALSUP
Senior United States District Judge

*Shoar, et al. v. County of Santa Clara, et al.*
[Proposed] Order, Granting Motion for Administrative Relief to Extend Time for Service of Summons and Complaint and Continue Initial Case Management Conference
Case No. 3:22-cv-00799-WHA

2